36131. LEGGETT v. CITY OF DALLAS et al.

MARSHALL, Justice.

Pretermitting the issue of whether the appellant — as a signer of a petition for a referendum for the legalization and control of alcoholic beverages and liquors which was held in the City of Dallas pursuant to the provisions of Code Ch. 58-10 — was estopped to object to the legality and sufficiency of the petition, the requirement of Code Ann. § 58-1003 (Ga. L. 1937-1938, Extra. Sess., pp. 103, 105; 1972, pp. 207, 208), that the petition be signed by at least 35 per cent. of the registered voters, was directory only in this post-election attack, so that its violation was not a ground of collateral attack on the election, the validity of which was properly upheld. *Shead v. Scholes,* 239 Ga. 804 (238 SE2d 859) (1977) and cits.

*Judgment affirmed. All the Justices concur.*

SUBMITTED APRIL 11, 1980 — DECIDED APRIL 29, 1980.

*William E. Otwell,* for appellant.

*Thomas C. Sanders,* for appellees.